# UNITED STATES OF AMERICA
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**NEWARK** April 22, 2009

**Judge: Chesler**

**COURT REPORTER :KASHMER** Docket No. 08-80

## TITLE OF CASE

USA

v.

JUAN CARLOS CRUZ

## APPEARANCES:

Andrew Carey, AUSA

James S. Friedman, Esq.  Retained

## NATURE OF PROCEEDINGS:

Status Conference held off the record

SENTENCE: No Appearance by Defendant

Ordered Bench Warrant issued for defendant's failure to appear.

Government shall not initiate forfeiture of property for 2 weeks from today.

Status Conference: 12:00 to 12:20- 20 minutes

Proceedings in Court 12:20 to 12:30-10 minutes

Total Time:

s/Theresa C. Trivino, Senior Courtroom Deputy/Court Specialist