

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

_____

*970 Broad Street, Suite 700*          *973/645-2700*
*Newark, NJ 07102*

August 18, 2010

Hon. Stanley R. Chesler
United States District Judge
US Post Office and Courthouse
Federal Square
Newark, NJ 07102

     Re: United States v. Juan Carlos Cruz
       Crim. No. 08-0080

Dear Judge Chesler:

    This letter is to update the court on the status of the case of <u>United States v. Juan Carlos Cruz</u>.  The government is presently seeking the international arrest and of extradition of Juan Carlos Cruz, who is a fugitive of justice.  In addition, I have spoken to defense counsel, James Friedman, Esq, and both the government and defense counsel request that Your Honor reserve judgement on the forfeiture proceedings for the time being.   Thank you.

                          Respectfully,

                          PAUL J. FISHMAN
                          United States Attorney

                          s/Andrew Carey

                          By: ANDREW CAREY
                          Assistant U.S. Attorney

cc: James Friedman, Esq.
  17 Academy St., Suite 305
  Newark, New Jersey 07102
  (Via Electronic Court Filing)